# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Daniel P. Klahn, Sr., <br><br> Plaintiff <br> v. <br><br> Richard Meyerson, <br><br> Defendant | Case No. 2:16-cv-0720-JAD-CWH <br><br> **Order Adopting Report and Recommendation** <br><br> [ECF No. 8] |

Pro se plaintiff Daniel Klahn brings this lawsuit seeking redress against his former employer Richard Meyerson. The magistrate judge granted Klahn's application for pauper status and screened his complaint.[1] He recommends that I allow Klahn's fraud claim regarding the 401k account to proceed but dismiss all other claims with prejudice because they are barred by the applicable statutes of limitation.[2] The deadline for any objection to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 8] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT **this case proceeds on Klahn's fraud claim against Meyerson regarding the 401k account only**, and all other claims are dismissed with prejudice as time-barred.

---

[1] ECF No. 8.

[2] *Id*. at 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that **the Clerk of Court is directed** to:

- **ISSUE a SUMMONS** for Defendant Richard Meyerson and deliver that summons—along with a copy of the complaint and this order—to the U.S. Marshal for service on the defendant; and
- **SEND to plaintiff** a USM-285 form.

IT IS FURTHER ORDERED that the plaintiff:

- Must furnish to the U.S. Marshal by September 9, 2019, a completed USM-285 form for the defendant with all relevant information provided so that the U.S. Marshal may accomplish service on the defendant;
- Will have 20 days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished to file a notice with the court identifying whether the defendant was served. If the plaintiff wishes to have service again attempted on an unserved defendant, he must file a motion with the court specifying a more detailed name and/or address or whether some other manner of service should be attempted. Rule 4(m) of the Federal Rules of Civil Procedure requires service to be accomplished within 90 days;
- Must serve upon defendant or, if appearance has been entered by counsel, upon the attorney for defendant, a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff must include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendant or defense counsel. The court may disregard any paper received by a district judge or magistrate judge which has

not been filed with the clerk, and any paper received by a district judge, magistrate judge or the clerk that fails to include a certificate of service.

Dated: August 9, 2019

_____
U.S. District Judge Jennifer A. Dorsey